**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

**DANNIELLE LITTLETON**,                    )
                                            )
      Plaintiff,                  )          Case No. 4:20-cv-01792-HEA
                                            )
v.                                          )
                                            )
**KATALYST SURGICAL, LLC,**                 )
                                            )
      Defendant                   )
                                            )

## MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITH PREJUDICE

      COMES NOW Plaintiff, Dannielle Littleton, by and through counsel, and hereby moves to dismiss this action against Defendant, Katalyst Surgical, LLC, with prejudice. Each side shall bear its own costs, fees and expenses in this matter.

      WHEREFORE, Plaintiff prays this Court for an Order to dismiss this action.

                            Respectfully submitted,


                     By    /s/ Vincent A. Banks III
                        Vincent A. Banks III, #51404
                        4579 Laclede Avenue, Ste. 379
                        St. Louis, MO  63108
                        314-409-7920
                        314-361-5515 (fax)
                        vbesquire@sbcglobal.net
                        Attorney for Plaintiff


## CERTIFICATE OF SERVICE

A copy of this pleading was served on all counsel of record through the Court's electronic filing system, this 8th day of February 2021.

                        /s/ Vincent A. Banks III